E-FILED: 05/31/2012

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Sebastian Xoss et al | ) | Case No. CV 12-1400 PSG (RZx) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER SETTING** |
| vs. | ) | **SCHEDULING CONFERENCE** |
| County of Los Angeles, et al | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

This matter is set for a scheduling conference on **August 20, 2012, at 2:00 p.m.** The Conference will be held pursuant to F.R.Civ. P. 16(b).  The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than **21 days** prior to the scheduling conference, and to file a joint statement with the Court not later than **14 days** after they confer, as required by F.R. Civ.P. 26 and the Local Rules of this Court.  In their F.R.Civ. P. 26(f) Report, the parties shall indicate whether they have agreed to participate in the Court's ADR Program, to private mediation or, upon a showing of good cause, to a Magistrate Judge for a settlement conference.   Failure to comply may lead to the imposition of sanctions.

DATED:   May 31, 2012

Philip S. Gutierrez
United States District Judge

Revised 10/04/11