Clayton C. Averbuck, SBN 90666
Jennifer E. Gysler, SBN 143449
MONROY, AVERBUCK & GYSLER
32123 Lindero Canyon Rd., Ste 301
Westlake Village, CA 91361
(818) 889-0661 Fax (818) 889-0667

Attorneys for County Defendants

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN XOSS, MIRSHA LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, et al.,<br><br>Defendants | Case No.: CV 12-01400 PSG (RZx)<br><br>JOINT NOTICE OF CONTINGENT SETTLEMENT WITH COUNTY DEFENDANTS ONLY |

TO THE COURT:

The plaintiffs and County defendants, by and through their counsel of record, have reached a contingent settlement of this matter, subject to County approvals, which includes the Claims Board, CEO and County Board of Supervisors.  We anticipate the County approval process will take approximately 120 days.

Notice of Contingent Settlement  - 1

The parties are in the process of preparing a Settlement Agreement & Release with the specific terms of the settlement. And the County is internally in the process of preparing all the documents needed for approval.

Based on the foregoing, the parties jointly request that their respective motions for summary judgment / summary adjudication, which are currently set for hearing on November 10, 2014, at 1:30pm, be taken off calendar.

This settlement will resolve the matter as to all County defendants. Accordingly, plaintiffs and County defendants request that all pre-trial and trial obligations of the plaintiffs, as it pertains to the County defendants, and of the County defendants, be vacated.

There remains one non-County defendant, Alesia Campbell. Settlement discussions as between Ms. Campbell and Plaintiffs are continuing, however, Plaintiffs request that all pre-trial and trial dates remain as scheduled as to defendant Alesia Campbell.

DATED:  September 22, 2011     MONROY, AVERBUCK & GYSLER

_____/s/_____
JENNIFER E. GYSLER
CLAYTON C. AVERBUCK
Attorneys for County Defendants

DATED:  September 22, 2011     LAW OFFICES OF ROBERT R. POWELL

_____/s/_____
ROBERT R. POWELL
Attorneys for Plaintiffs

1

2   DATED:  September 22, 2011   BERMAN, BERMAN & BERMAN

3

4                                         _____/s/_____
                                         MARK E. LOWARY
                                         Attorneys for Alesia Campbell

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25