UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**#13/24 (11/10 hrg off)**

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-01400 PSG (Rzx) | Date | September 25, 2014 |
|---|---|---|---|
| Title | Sebastian Xoss, *et al.* v. County of Los Angeles, *et al.* | | |

| Present: The Honorable | Philip S. Gutierrez, United States District Judge | |
|---|---|---|
| Wendy Hernandez | | Not Reported |
| Deputy Clerk | | Court Reporter |
| Attorneys Present for Plaintiff(s): | | Attorneys Present for Defendant(s): |
| Not Present | | Not Present |

**Proceedings (In Chambers):**     Order Re: Joint Notice of Contingent Settlement

      Defendants County of Los Angeles, Delmy Mendoza, Aruna Patel, Christopher Sosa, Hector Alvarez, Rosario Fernandez, Ana Holguin, and Michael Newman ("County Defendants") have a summary judgment motion pending for hearing on November 10, 2014.  Dkt. # 113.  Plaintiffs, too, have a summary judgment motion pending for hearing on November 10, 2014. Dkt. # 124.  On September 23, 2014, County Defendants and Plaintiffs notified the Court that they have reached a contingent settlement agreement and are in the process of preparing a Settlement Agreement & Release.  Dkt. # 132.  County Defendants and Plaintiffs also requested that the Court take the summary judgment motions off calendar.  The Court GRANTS the request and takes both motions off calendar.

      **IT IS SO ORDERED.**

Initials of Preparer