Lee L. Blackman
Blackman ADR Services
63 Cottonwood Circle
Rolling Hills Estates, CA 90274
310-346-6926 -- llb@blackmanadr.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Sebastian Xoss et al.<br><br>Plaintiff(s)<br>v.<br><br>County of Los Angeles et al.<br><br>Defendant(s). | CASE NUMBER<br>2:12-CV-01400-PSG-RZ<br><br>MEDIATION REPORT |

***Instructions:** The mediator must file this Report within 5 days after the conclusion of a mediation session even if the negotiations continue. If the case later settles with the assistance of the mediator, the mediator must file a subsequent Report.*

1. ☑ A mediation was held on (date): JUNE 25, 2014 .

   ☐ A mediation did not take place because the case settled before the session occurred.

2. The individual parties and their respective trial counsel, designated corporate representatives, and/or representatives of the party's insurer:

   ☑ Appeared as required by Civil L.R. 16-15.5(b).

   ☐ Did not appear as required by Civil L.R. 16-15.5(b).

   ☐ Plaintiff or plaintiff's representative failed to appear.
   ☐ Defendant or defendant's representative failed to appear.
   ☐ Other:

3. Did the case settle?

   ☐ Yes, fully, on _____ (date).
   ☐ Yes, partially, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☑ Yes, partially, and further facilitated discussions are **not** expected. *
   ☐ No, and further facilitated discussions are expected. *(See No. 4 below.)*
   ☐ No, and further facilitated discussions are **not** expected.

4. If further facilitated discussions are expected, by what date will you check in with the parties?
   _____ .

Dated: October 23, 2014

*Signature of Mediator*
Lee L. Blackman
Name of Mediator (print)

\* Partial settlement occurred after the 2nd mediation session. Additional discussions are ongoing among the remaining parties. The mediator is available if needed.

The Mediator is to electronically file original document.