Mark E. Lowary, Esq., SBN 168994
David R. Casady, Esq. SBN 273282
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
3890 Tenth Street
Riverside, CA 92501
Email: melowary@b3law.com
Email: drcasady@b3law.com
Telephone: (951) 682-8300
Facsimile: (951) 682-8331

Attorneys for Defendant
ALESIA CAMPBELL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN XOSS, MIRSHA LOPEZ, <br><br> Plaintiffs, <br><br> vs. <br><br> COUNTY OF LOS ANGELES, MARIANELA INCHAUSTI, DELMY MENDOZA, ARUNA PATEL, ANA HOLGUIN, CHRISTOPHER SOSA, ALESIA CAMPBELL, MICHAEL NEWMAN, DOES 1-10 inclusive, <br><br> Defendants. | CASE NO: CV 12-01400 PSG (RZx) <br><br> [Assigned to Hon. Philip S. Gutierrez] <br><br> **STIPULATION RE: JOINDER AND DISMISSAL OF DEFENDANTS, PETITION FOR MINORS' COMPROMISE, AND SETTLEMENT** <br><br> Trial: December 2, 2014 |

**TO THE HONORABLE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Based on the following recitals of fact submitted herein, and the Declaration of Robert R. Powell submitted herewith, the parties request that the Court adopt the Order also submitted this day, at or about the time of the filing of this Stipulation.

**RECITALS,**

1. The Plaintiffs have reached a conditional settlement with the COUNTY OF LOS ANGELES Defendants ("COUNTY"), and with Defendant Alesia Campbell, and her employer, Hillsides.

2. The settlement agreement between Plaintiffs and the COUNTY is conditioned upon final approval of the COUNTY OF LOS ANGELES Board of Supervisors. Though approval of the settlement is anticipated, it is recognized that the entire approval process may take as long as several months; currently anticipated to be completed at the end of February, 2015. The settlement agreement with the COUNTY and CAMPBELL and/or HILLSIDES, is also contingent upon the Plaintiffs submitting and the Court approving Petitions for Minor's Compromise on the settlements reached with the Defendants.

3. In regards to the settlement with Defendant ALESIA CAMPBELL, it has been agreed between all parties, that Ms. CAMPBELL's employer HILLSIDES, may be joined as a Defendant in this matter, in the place and stead of CAMPBELL. Submitted herewith to confirm consent of HILLSIDES with this request of joinder as a party Defendant, is a Declaration of Ryan Herren, Chief Financial Officer of HILLSIDES, consenting to said joinder.

4. Contingent upon this Court's approval of said joinder, CAMPBELL would be dismissed with prejudice, and then the entire matter be dismissed with prejudice, subject to the right of a party to seek to reopen the matter within 120

days, if a Defendant has failed to pay the Plaintiffs the settlement amounts due under their respective settlement agreements with Plaintiffs.

5.  Despite the matter being closed, the Court would retain jurisdiction to receive, consider, and rule upon the Plaintiffs' Petition for Minors' Compromise.

BASED ON THE FOREGOING RECITALS ABOVE, IT IS AGREED AND THE PARTIES STIPULATE AND REQUEST THE COURT ORDER AS FOLLOWS:

1.  That the Court hereby join HILLSIDE as a Defendant in this matter.

2.  That upon joinder of HILLSIDE, the court dismiss Defendant ALESIA CAMPBELL with prejudice.

3. That the Court review and make rulings as appropriate and needed on the Petition for Minor's Compromise which will be submitted by Plaintiffs.

4. That upon the joinder of HILLSIDE and the dismissal of CAMPBELL, this matter is dismissed in its entirety with prejudice, subject to the right upon good cause shown, within ONE HUNDRED AND TWENTY (120) DAYS after the filing of the Order pursuant to this Stipulation, to request the court reopen the action. That this request may be made by ex-parte application, but may be made only if for any reason settlement proceeds have not been received by Plaintiffs from a Defendant.

4.  That despite the dismissal of the matter in its entirety, the Court would accept for filing, consideration, and ruling any Petition for Minors' Compromise

1  submitted by Plaintiffs in this matter.

2      5.    That all currently calendared events pertaining to this matter be vacated.

**IT IS SO STIPULATED.**

Dated: November 3, 2014        LAW OFFICES OF ROBERT R. POWELL

By:    /S/ Robert R. Powell
Robert R. Powell, Esq. Counsel for Plaintiffs,
SEBASTIAN XOSS and MIRSHA LOPEZ

Dated: November 3, 2014        MONROY, AVERBUCK & GYSLER

By:    /S/ Clayton C. Averbuck
Clayton C. Averbuck, Esq. Counsel for
Defendant COUNTY OF LOS ANGELES, et al.

Dated: November 3, 2014        BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP

By:    /S/ Mark E. Lowary
Mark E. Lowary, Esq.
Counsel for Defendant,
ALESIA CAMPBELL/HILLSIDES

Pursuant to L.R. 5-4.3.4, the filer of this document attests that he has received the concurrence of the signatories to file this document.

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Mark E. Lowary, Esq. - SBN 168994    (951) 682-8300
David R. Casady, Esq. - SBN 273282
BERMAN BERMAN BERMAN SCHNEIDER & LOWARY
3890 Tenth Street, Riverside, CA 92501

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN XOSS, MIRSHA LOPLEZ<br><br>PLAINTIFF(S),<br>v.<br>COUNTY OF LOS ANGELES, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 12-01400 PSG (RZx)<br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Riverside_____, State of California, and not a party to the above-entitled cause. On _November 4_____, 20_14_____, I served a true copy of _Stipulation and (Proposed) Order Re Joinder and Dismissal of Defendants, Petition for Minors' Compromise, and Settlement_ by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: _3890 Tenth Street, Riverside, CA 92501_____
Executed on _November 4_____, 20_14_____ at _Riverside_____, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.
☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.
☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Jennifer Eaton_
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.


_____    _____
Signature                    Party Served


5

CV-40 (01/00)                PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

## Mailing List

*Sebastian Xoss, Mirsha Lopez vs. County of Los Angeles, et al.*
United States District Court - Central District of California
Case No: CV 12-01400 PSG (RZx)

Robert R. Powell, Esq.
Dennis R. Ingols, Esq.
Brett O. Terry, Esq.
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, CA 95126
Telephone: (408) 553-0200
Facsimile:  (408) 553-0203
rpowell@rrpassociates.com
**Attorneys for Plaintiffs**
**SEBASTIAN XOSS; MIRSHA LOPEZ**

Clayton C. Averbuck, Esq.
Jennifer E. Gysler, Esq.
MONROY, AVERBUCK & GYSLER
32123 Lindero Canyon Road, Suite 301
Westlake Village, CA 91361
Telephone: (818) 889-0661
Facsimile:  (818) 889-0667
caverbuck.mag@flash.net
**Attorneys for Defendant**
**COUNTY OF LOS ANGELES**