Mark E. Lowary, Esq., SBN 168994
David R. Casady, Esq. SBN 273282
BERMAN BERMAN BERMAN
SCHNEIDER & LOWARY, LLP
3890 Tenth Street
Riverside, CA 92501
Email: melowary@b3law.com
Email: drcasady@b3law.com
Telephone: (951) 682-8300
Facsimile: (951) 682-8331

Attorneys for Defendant
ALESIA CAMPBELL

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN XOSS, MIRSHA LOPEZ,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, MARIANELA INCHAUSTI, DELMY MENDOZA, ARUNA PATEL, ANA HOLGUIN, CHRISTOPHER SOSA, ALESIA CAMPBELL, MICHAEL NEWMAN, DOES 1-10 inclusive,<br><br>Defendants. | CASE NO: CV 12-01400 PSG (RZx)<br><br>[Assigned to Hon. Philip S. Gutierrez]<br><br>**DECLARTION OF RYAN HERREN IN SUPPORT OF STIPULATION RE JOINDER AND DISMISSAL OF DEFENDANTS, PETITION FOR MINOR'S COMPROMISE, AND SETTLEMENT**<br><br>Trial: December 2, 2014 |

I, RYAN HERREN, do hereby declare:

I am employed as the Chief Financial Officer of HILLSIDES. If called to testify, I could and would competently testify to the following facts:

1. I have personal knowledge of the subject lawsuit.
2. I also have personal knowledge of the settlement agreement between

1

the plaintiffs and HILLSIDES' employee, ALESIA CAMPBELL, wherein HILLSIDES will be joined as a Defendant in this matter in the place and stead of CAMPBELL. CAMPBELL will then be dismissed with prejudice, and then the entire matter will be dismissed with prejudice.

3. As Chief Financial Officer and a representative of HILLSIDES, per the terms of the settlement agreement, I consent and agree to HILLSIDES being joined as a Defendant in this matter, in the place and stead of CAMPBELL. I also consent and agree to CAMPBELL being dismissed with prejudice, and then the entire matter be dismissed with prejudice.

Dated: November 3, 2014

*/s/ Ryan Herren*
RYAN HERREN
Chief Financial Officer for HILLSIDES

NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

Mark E. Lowary, Esq. - SBN 168994   (951) 682-8300
David R. Casady, Esq. - SBN 273282
BERMAN BERMAN BERMAN SCHNEIDER & LOWARY
3890 Tenth Street, Riverside, CA 92501

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEBASTIAN XOSS, MIRSHA LOPLEZ<br><br>PLAINTIFF(S),<br>v.<br>COUNTY OF LOS ANGELES, et al.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 12-01400 PSG (RZx)<br><br><br>**PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE** |

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Riverside _____, State of California, and not a party to the above-entitled cause. On November 4, 20 14, I served a true copy of Declaration of Herren in Support of Stipulation Re Joinder & Dismissal of Defendants, Petition for Minor's Compromise & Settlement by personally delivering it to the person (s) indicated below in the manner as provided in FRCivP 5(b); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following: (list names and addresses for person(s) served. Attach additional pages if necessary.)

Place of Mailing: 3890 Tenth Street, Riverside, CA 92501
Executed on November 4, 20 14 at Riverside, California

Please check one of these boxes if service is made by mail:

☐ I hereby certify that I am a member of the Bar of the United States District Court, Central District of California.

☒ I hereby certify that I am employed in the office of a member of the Bar of this Court at whose direction the service was made.

☐ I hereby certify under the penalty of perjury that the foregoing is true and correct.

_Jennifer Eaton_
Signature of Person Making Service

## ACKNOWLEDGEMENT OF SERVICE

I, _____, received a true copy of the within document on _____.

Signature                                                    Party Served

_3_

CV-40 (01/00)                  PROOF OF SERVICE - ACKNOWLEDGMENT OF SERVICE

## Mailing List

*Sebastian Xoss, Mirsha Lopez vs. County of Los Angeles, et al.*
United States District Court - Central District of California
Case No: CV 12-01400 PSG (RZx)

Robert R. Powell, Esq.
Dennis R. Ingols, Esq.
Brett O. Terry, Esq.
LAW OFFICES OF ROBERT R. POWELL
925 West Hedding Street
San Jose, CA 95126
Telephone: (408) 553-0200
Facsimile:  (408) 553-0203
rpowell@rrpassociates.com
**Attorneys for Plaintiffs**
**SEBASTIAN XOSS; MIRSHA LOPEZ**

Clayton C. Averbuck, Esq.
Jennifer E. Gysler, Esq.
MONROY, AVERBUCK & GYSLER
32123 Lindero Canyon Road, Suite 301
Westlake Village, CA 91361
Telephone: (818) 889-0661
Facsimile:  (818) 889-0667
caverbuck.mag@flash.net
**Attorneys for Defendant**
**COUNTY OF LOS ANGELES**