UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

JS-6

**CIVIL MINUTES - GENERAL**

| Case No. | CV12-1400 PSG(RZx) | Date | December 3, 2014 |
|---|---|---|---|
| Title | Sebastian Xoss, *et al*.v. County of Los Angeles, *et al.* | | |

Present: The Honorable Philip S. Gutierrez, United States District Judge

| Wendy Hernandez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff(s): | Attorneys Present for Defendant(s): |
|---|---|
| Not Present | Not Present |

**Proceedings:** (In Chambers) Order DISMISSING Case

The parties having gone for mediation and the Court having been advised that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **one hundred eighty (180) days**, to reopen the action if settlement is not consummated.